# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

KNIGHT-CELOTEX, LLC, an Illinois limited liability company, and

KNIGHT INDUSTRIES I LLC, a Delaware limited liability company,

        Debtors.

)
)
) Case No. 09-12200
) Chapter 7
)
) Case No. 09-12219
) Chapter 7
)
) Hon. Pamela S. Hollis
)
) Hearing: July 14, 2009 at 10:30 a.m.
)

## NOTICE OF MOTION

To:    See attached Service List

PLEASE TAKE NOTICE that on Tuesday, July 14, 2009 at 10:30 a.m., the undersigned shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge at the Everett McKinley Dirksen Federal Courthouse, Courtroom 644, 219 South Dearborn Street, Chicago, IL, and then and there present the *Motion of Barry A. Chatz, as Chapter 7 Trustee for the Estates of the Debtors, for Final Authority to Use Cash Collateral and Provide Adequate Protection* attached hereto and thereby served upon you.

Dated: July 7, 2009

**BARRY A. CHATZ, CHAPTER 7 TRUSTEE THE ESTATES OF KNIGHT-CELOTEX, LLC AND KNIGHT INDUSTRIES I LLC**

By:     /s/ Richard S. Lauter
          One of His Attorneys

     Richard S. Lauter (No. 6182859)
     Devon J. Eggert (No. 6289425)
     FREEBORN & PETERS LLP
     311 South Wacker Drive, Suite 3000
     Chicago, Illinois 60606-6677
     Telephone 312.360.6000
     Facsimile 312.360.6520

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KNIGHT-CELOTEX, LLC, an Illinois limited liability company, and | ) ) | Case No. 09-12200 Chapter 7 |
| | ) | |
| KNIGHT INDUSTRIES I LLC, a Delaware limited liability company, | ) ) | Case No. 09-12219 Chapter 7 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing: July 14, 2009 at 10:30 a.m. |
| | ) | |

MOTION OF BARRY A. CHATZ, AS CHAPTER 7 TRUSTEE
FOR THE ESTATES OF THE DEBTORS, FOR FINAL AUTHORITY TO
<u>USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION</u>

Barry A. Chatz, not individually, but solely as the chapter 7 trustee (the "*Trustee*") for the estates of Knight-Celotex, LLC and Knight Industries I LLC (collectively, the "*Debtors*"), by and through his undersigned attorneys, hereby moves this Court (the "*Motion*"), pursuant to 11 U.S.C. §§ 361 and 363 for entry of an order granting final authority to the Trustee to use cash collateral and to provide adequate protection. In support of this Motion, the Trustee states as follows:

<u>**JURISDICTION**</u>

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicate for the relief requested herein is sections 361 and 363 of the Bankruptcy Code.

  
## FACTUAL AND PROCEDURAL HISTORY

3.     Each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") on April 6, 2009 (the "*Petition Date*").

4.     On June 10, 2009, the Debtors' senior secured lender, Bank of America, N.A. ("*B of A*"), filed an emergency motion (the "*Conversion Motion*") to convert the cases to cases under chapter 7 of the Bankruptcy Code.  On June 11, 2009, the Conversion Motion was granted, and the Debtors' cases were converted to cases under chapter 7 of the Bankruptcy Code.

5.     On that same date, the office of the United States Trustee appointed Barry A. Chatz as chapter 7 trustee for the Debtors' estates.

6.     The Trustee desires to continue operating the Debtors' businesses in order to sell the operations as a going concern.  Accordingly, on June 15, 2009, the Trustee filed an *Emergency Motion For Authorization to Operate the Debtors' Businesses Pursuant to 11 U.S.C. § 721* (the "*Motion to Operate the Businesses*").  This Court granted the Motion to Operate the Businesses on June 17, 2009.

7.     The Trustee needed authority to use the cash collateral of B of A in order to operate the Debtors' businesses.  The Trustee, thus, filed an interim *Motion to Use Cash Collateral and Provide Adequate Protection* (the "*Interim Cash Collateral Motion*").  The Court has since entered two orders granting the Trustee interim authority to use B of A's cash collateral (the "*Interim Cash Collateral Orders*").  The final hearing on the Trustee's use of B of A's cash collateral has been set for July 14, 2009.[1]

---

[1]     The Trustee believes the Interim Cash Collateral Motion is sufficient to allow this Court to enter a final order with respect to the Trustee's use of B of A's cash collateral.  Out of an abundance of caution, however, the Trustee submits this Motion, which expressly seeks final authority to use the cash collateral of B of A.

## RELIEF REQUESTED

8.      By this Motion, the Trustee seeks final authority to use B of A's cash collateral in accordance with a budget (the "*Budget*") pursuant to section 363(c) of the Bankruptcy Code and to provide adequate protection to B of A pursuant to sections 361 and 363(e).

9.      The proposed Budget has not yet been finalized; however, a final version will be filed with the Court prior to the hearing on this Motion.[2]

10.      In exchange for the use of cash collateral, B of A requests adequate protection in the form of replacement liens and security interests, to the extent of any prepetition liens and security interests, under the terms and conditions of the Loan Documents, in and to all assets and property of the Debtors (the "*Collateral*").   Additionally, B of A requests a lien in chapter 5 avoidance actions only to the extent that the value of B of A's Collateral declines after the date of conversion.  The Trustee believes such adequate protection is necessary to obtain the use of B of A's cash collateral.

11.      The Trustee submits that, under the circumstances, the relief requested herein is in the best interest of the estates, their creditors and all other parties-in-interest.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (i) granting this Motion; (ii) giving the Trustee final authority to use the cash collateral of B of A pursuant to 11 U.S.C. § 363(c); (iii) giving the Trustee final authority to provide adequate protection to B of A in the form of replacement liens, pursuant to 11 U.S.C. §§ 361 and 363(e); and (iv) granting such other relief as this Court deems just and proper.

---

[2]      The Trustee believes the proposed Budget will be substantially similar to that attached to the Interim Cash Collateral Orders; however, there is one significant addition – the Trustee contemplates that the finalized Budget will include a line item for funding the receivership established for certain real property assets.

Dated: July 7, 2009

**BARRY A. CHATZ, CHAPTER 7 TRUSTEE FOR THE ESTATES OF KNIGHT-CELOTEX, LLC AND KNIGHT INDUSTRIES I LLC**

By:    /s/ Richard S. Lauter
       One of His Attorneys

Richard S. Lauter (No. 6182859)
Devon J. Eggert (No. 6289425)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone 312.360.6000
Facsimile 312.360.6520

1855807v1

4

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KNIGHT-CELOTEX, LLC, an Illinois limited liability company, and | ) ) | Case No. 09-12200 Chapter 7 |
| | ) | |
| KNIGHT INDUSTRIES I LLC, a Delaware limited liability company, | ) ) | Case No. 09-12219 Chapter 7 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing: July 14, 2009 at 10:30 a.m. |
| | ) | |

### CERTIFICATE OF SERVICE

I, Richard S. Lauter, hereby certify that on Tuesday, July 7, 2009, I served the foregoing *Notice of Motion* and *Motion of Barry A. Chatz, as Chapter 7 Trustee for the Estates of the Debtors, for Final Authority to Use Cash Collateral and Provide Adequate Protection* to those parties receiving electronic notice in the above-captioned case through the Court's ECF/CM system and upon the individuals listed on the following Service List via U.S. Mail postage pre-paid as indicated.

**BARRY A. CHATZ, CHAPTER 7 TRUSTEE THE ESTATES OF KNIGHT-CELOTEX, LLC AND KNIGHT INDUSTRIES I LLC**

By:      /s/ Richard S. Lauter
                  One of His Attorneys

Richard S. Lauter (No. 6182859)
Devon J. Eggert (No. 6289425)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone 312.360.6000
Facsimile 312.360.6520

### Service List

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notices for this case.

Kimberly A Bacher    kimberly.bacher@goldbergkohn.com
Barry A. Chatz as Chapter 7 Trustee for the Estates of the Debtors    ,
bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com
Barry A Chatz    bachatz@arnstein.com,
bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com
Scott R Clar    sclar@craneheyman.com,
mjoberhausen@craneheyman.com;asimon@craneheyman.com
Jeffrey C Dan    jdan@craneheyman.com,
slydon@craneheyman.com;dwelch@craneheyman.com
Jeremy M Downs    jeremy.downs@goldbergkohn.com
Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
Robert M Fishman    rfishman@shawgussis.com
Jonathan P Friedland    jfriedland@lplegal.com
Scott C. Frost    sfrost@statmanharris.com, drizzuto@statmanharris.com
Vipin R Gandra    vgandra@shawgussis.com
John F Hiltz    jhiltz@loeb.com
Andrew M. Hutchison    andrew.hutchison@mbtlaw.com
Richard S Lauter    rlauter@freebornpeters.com, bkdocketing@freebornpeters.com
Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com;
hmartinez@gouldratner.com
Michael L Molinaro    mmolinaro@loeb.com, chicdkt@loeb.com
William T Neary    USTPRegion11.ES.ECF@usdoj.gov
Mary E Olson    molson@wildman.com
David K Welch    dwelch@craneheyman.com,
gbalderas@craneheyman.com;jdan@craneheyman.com
Stephen A Yokich    syokich@cornfieldandfeldman.com, BFyfe@cornfieldandfeldman.com

### Via U.S. Mail

Andritz Inc.
1115 Northmeadow Parkway
Roswell, GA 30076

Landstar Logistics
1900 Crestwood Blvd #203
Birmingham, AL 35210

Allen Lund Company
P. O. Box 1369
La Canada, CA 91012

Archer Daniel Midland
P O Box 92572
Chicago, IL 60675-2572

Newell Normand
Sheriff and Ex-Officio T
P.O. Box 30014
Tampa, FL 33630

Newell Normand Sheriff & Tax Collector
P.O. Box 248
Gretna, LA 70054

Arrow Trucking Company
c/o Transportation Alliance Bank
Ogden, UT 84415-0766

New South Lumber Co.
4408 Mt. Hermon Rock Creek Rd.
Graham, NC 27253

City of Danville
Division of Central Collections
PO Box 3308
Danville, VA 24541

Norjohn Limited Emulsion Division
2800 Thorold Townline Road
Niagara Falls, ON L2E 6S4

Corn Products International
Attn: Kimberly Bacher
PO Box 409882
Atlanta, GA 30384-9882

Corn Products International, Inc.
c/o Jeremy Downs
Goldberg Kohn
55 E Monroe St., Suite 3300
Chicago, IL 60603

Cypress Truck Lines
1300 Wigmore Street
Jacksonville, FL 32206

Sirius Business Software, Inc
42 Birchwood Dr
Palos Park, IL 60464

Shell Energy North America
P.O. Box 7247-6355
Philadelphia, PA 19170-6355

Sprague Energy Corp
P.O. Box 414380
Boston, MA 02241-4380

Durametal Corporation
P.O. Box 510706
Philadelphia, PA 19175-0706

Durametal Corporation
P. O. Box 606
Tualatin, OR 97062

Town of Lisbon
300 Lisbon Rd
Lisbon, ME 04250

Hess Corporation
PO Box 905243
Charlotte, NC 28290-5243

Sumner Kaufman
Kaufman & Company
101 Federal St
Boston, MA 02110

UGI Energy Services Inc.
c/o Energy Services Funding
Philadelphia, PA 19182-7032

Kamin, LLC
P.O. Box 532408
Charlotte, NC 28290-2408

West Motor Freight of PA
PO Box 380
Pottsville, PA 17901

KTM Industries, Inc.
c/o Michael A. Bickhaus
Schmiedeskamp, Robertson, Neu &
Mitchell
P.O. Box 1069
Quincy, IL 62306

KTM Industries, Inc.
2701 Weiss Lane
Quincy, IL 62305

Western Express, Inc.
DEPT. 54
Nashville, TN 37230

3PL
Attn:  Gary Alvord
3611 109th St
Urbandale, IA 50322

Frost, Ruttenberg & Rothblatt
111 Pfingston Rd
Deerfield, IL 60015

Greenberg Traurig, LLP
One International Place
Boston, MA 02110

AI Credit Corp
PO Box 9045
New York, NY 10087

Jeffrey Hughart
c/o Huck Bouma PC
1755 S. Naperville, Suite 200
Wheaton, IL 60189

Ajilon Professional Staffing, LLC
Dept CH 14031
Palatine, IL 60055-4031

Kaufman & Company, LLC
101 Federal St
Boston, MA 02110

American Forest & Paper Association
Accounting Dept at 1111
19th St NW #800
Washington, DC 20036

Kipnis Rosen & Bloom
5550 W. Touhy Ave.
Skokie, IL 60077

Modern Management, Inc.
253 Commerce Drive
Grayslake, IL 60030

Buccino & Associates, Inc.
200 W Madison Suite 2620
Chicago, IL 60606

Northfield Plaza
One Northfield Plaza
Northfield, IL 60093

Charles J Micoleau
Curtis Thaxter Stevens Broder
1 Canal Plaza, Suite 1000
Portland, ME 04112-7320

Rally Capital Services, LLC
350 N LaSalle Street
Chicago, IL 60610

William Griesbach
c/o Huck Bouma PC.
Attn: Kathleen Rydling

Fitzmorris & Associates, Inc
909 Poydras ST
New Orleans, LA 70112

Hudson M Jobe
Quilling Selander Cummiskey
  & Lownds PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Wausau Insurance Companies
PO Box 0581
Carol Stream, IL 60132

1858300v1