## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Knight-Celotex, LLC, | ) | No. 09-12200 |
| Debtor. | ) | |
| In re: | ) | No. 09-12219 |
| Knight Industries I, LLC, | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 19, 2014, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, Barry A. Chatz, will appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her stead, in courtroom 644 or in such other courtroom as occupied by her, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached Application of Trustee for Compensation and Reimbursement of Expenses, a copy of which is herewith served upon you.

Dated: May 19, 2014

/s/ Barry A. Chatz, Trustee

### PROOF OF SERVICE

I, Barry A. Chatz, certify that on May 19, 2014, I caused a copy of this Notice and the motion to which reference is made to be served through the Court's ECF Service to those parties entitled to notice.

/s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
(ARDC #06196639)
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| KNIGHT-CELOTEX, LLC, | ) | Case No. 09-12200 |
| Debtor. | ) | (Jointly Administered) |
| In re | ) | |
| KNIGHT INDUSTRIES I, LLC, | ) | Case No. 09-12219 |
| Debtor. | ) | Hon. Pamela S. Hollis |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE PAMELA S. HOLLIS

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $369,325.81 as final compensation and $415.93 for final reimbursement of expenses, of which $352,000.00 and $115.59, respectively, has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $11,535,860.36. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $47,500.00 | ($47,500.00 max.) |
| 03% of balance | $316,075.81 | |
| | | |
| TOTAL COMPENSATION | $369,325.81 | |
| PREVIOUSLY PAID | ($352,000.00) | |
| **CURRENT REQUEST** | **$ 17,325.81** | |

### II. TRUSTEE'S EXPENSES

**PREVIOUSLY GRANTED**

| | |
|---|---|
| Copies – 687 @ $0.10 each | $ 68.70 |
| Postage – 66 @ $0.44 each | $ 29.04 |
| Overnight Delivery – 1 @ $17.85 each | $ 17.85 |
| | $115.59 |

**CURRENT REQUEST**

| | |
|---|---|
| Copies – 955 @ $0.10 each | $95.50 |
| Messenger Delivery – 3 @ $5.80 each | $17.40 |
| Postage – 426 @ $0.44 each | $187.44 |
| TOTAL EXPENSES | $415.93 |
| PREVIOUSLY PAID | (115.59) |
| **CURRENT REQUEST** | **$300.34** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: March 15, 2014

/s/ Barry A. Chatz, Chapter 7 Trustee
Barry A. Chatz, Chapter 7 Trustee

120 South Riverside Plaza
Suite 1200
Chicago, Illinois  60606
(312) 876-7100
(312) 876-0288 Fax