# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNIGHT-CELOTEX, LLC | § | Case No. 09-12200 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on June 19, 2014 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, uopn entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2014                    By: /s/ Barry A. Chatz, Trustee
                                               Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:                                         §
                                               §
KNIGHT-CELOTEX, LLC                            §        Case No. 09-12200
                                               §
            Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                    $

and approved disbursements of                         $

leaving a balance on hand of[1]                       $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000208 | Bank of America, N.A. | $ | $ | $ | $ |
| 000359A | PENNSYLVANIA DEPT. OF REVENUE | $ | $ | $ | $ |

Total to be paid to secured creditors                 $_____

Remaining Balance                                     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: FREEBORN & PETERS | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: DEVELOPMENT SPECIALISTS, INC. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000323 | GARRY W. BRANT | $ | $ | $ |
| 000324 | ROBERT R. CASTONGUAY | $ | $ | $ |
| 000325 | RICHARD CHICOINE | $ | $ | $ |
| 000326 | PAUL C. COTE | $ | $ | $ |
| 000327 | JAMES DESCHAINE | $ | $ | $ |
| 000328 | EUGENE J. FARMER | $ | $ | $ |
| 000329 | JAMES R. FIELD | $ | $ | $ |
| 000330 | TERRY D. FREVE SR. | $ | $ | $ |
| 000331 | DAN GAWENUS | $ | $ | $ |
| 000332 | BRIAN L. HESS | $ | $ | $ |
| 000333 | BRIAN A HILL | $ | $ | $ |
| 000334 | STEVEN LEVESQUE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000335 | ALLEN L'HEUREUX | $ | $ | $ |
| 000336 | DEWEY J. MORONG | $ | $ | $ |
| 000338 | GARY OUELLETE | $ | $ | $ |
| 000339 | MAURICE R. PARADIS, JR. | $ | $ | $ |
| 000348 | JEANNIE POTOCEK | $ | $ | $ |
| 000355 | GEISINGER HEALTH PLAN | $ | $ | $ |
| 000359B | PENNSYLVANIA DEPT. OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors           $_____

Remaining Balance                                $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TMC MATERIALS INC. | $ | $ | $ |
| 000002 | John W. Stone Oil Distributor L.L.C. | $ | $ | $ |
| 000003 | NIVERT METAL SUPPLY, INC. | $ | $ | $ |
| 000004 | POWER EQUIPMENT COMPANY | $ | $ | $ |
| 000005 | PATRICK J KELLY DRUMS, INC. | $ | $ | $ |
| 000006 | MEADOW LARK AGENCY, INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | MID-STATE OCCUPATIONAL HEALTH | $ | $ | $ |
| 000008 | Bearings & Drives Unlimited IV Inc | $ | $ | $ |
| 000009 | LANIER TRANSPORT | $ | $ | $ |
| 000010 | MODERN BUSINESS MACHINES CO | $ | $ | $ |
| 000011 | LIMAB North America Inc | $ | $ | $ |
| 000012 | SUN-JOURNAL/SUNDAY | $ | $ | $ |
| 000013 | ELECTRIC SERVICE & SALES, INC. | $ | $ | $ |
| 000014 | NORMAN E. BUCK & SONS | $ | $ | $ |
| 000015 | C.H. REED, INC. | $ | $ | $ |
| 000016 | INDUSTRIAL APPARATUS REPAIR | $ | $ | $ |
| 000017 | MATTHEWS SANITATION SERVICES, LLC | $ | $ | $ |
| 000018 | N H BRAGG & SON | $ | $ | $ |
| 000019 | NATIONAL VISION INC | $ | $ | $ |
| 000020 | FRIEDMAN ELECTRIC SUPPLY CO | $ | $ | $ |
| 000021 | KEYENCE CORPORATION OF AMERICA | $ | $ | $ |
| 000022 | Downeast Energy Inc | $ | $ | $ |
| 000023 | TROJAN TUBE SALES & | $ | $ | $ |
| 000024 | Cousineau Forest Products Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | PRECISION ELECTRONICS SERVICES | $ | $ | $ |
| 000026 | MAINE RADIO, INC. | $ | $ | $ |
| 000027 | SISTERS OF CHARITY HEALTH SYSTEM | $ | $ | $ |
| 000028 | GREAT AMERICAN LEASING CORP. | $ | $ | $ |
| 000029 | IKON Financial Services | $ | $ | $ |
| 000030 | FRANK CALLAHAN CO, INC. | $ | $ | $ |
| 000031 | CON-VEY KEYSTONE INC | $ | $ | $ |
| 000032 | PINE ENVIRONMENTAL SERVICE, INC. | $ | $ | $ |
| 000033 | ONE COMMUNICATIONS | $ | $ | $ |
| 000034 | C D HAUGEN INC | $ | $ | $ |
| 000035 | THE LAW OFFICES OF BRIAN IRA | $ | $ | $ |
| 000036 | Unitil Northern Utilities | $ | $ | $ |
| 000037 | ATLANTIC SWEETNER CO INC | $ | $ | $ |
| 000038 | CENTRAL MAINE REBUILDERS INC | $ | $ | $ |
| 000039 | D & G MACHINE PRODUCTS INC | $ | $ | $ |
| 000040 | Underwriters Laboratories Inc | $ | $ | $ |
| 000041 | COLORMATE | $ | $ | $ |
| 000042 | BROWNLEE TRUCKING, INC. | $ | $ | $ |
| 000043 | QUALITY PROCESS COMPONENTS | $ | $ | $ |
| 000044 | SMITH-KOCH | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000045 | PENN FIRE PROTECTION INC | $ | $ | $ |
| 000046 | EQUIPMENT DEPOT | $ | $ | $ |
| 000047 | XPEDX | $ | $ | $ |
| 000048 | FOUR STAR | $ | $ | $ |
| 000049 | BNP MEDIA | $ | $ | $ |
| 000050 | TILLEY CHEMICAL COMPANY, INC. | $ | $ | $ |
| 000051 | RAMBLIN CORP | $ | $ | $ |
| 000052 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000053 | METRO GROUP INC. | $ | $ | $ |
| 000054 | INDUSTRIAL INSTRUMENT WORKS | $ | $ | $ |
| 000055 | UNITED ASPHALT CO. | $ | $ | $ |
| 000056 | NU LITE ELECTRICAL | $ | $ | $ |
| 000057 | Jaws Transportation | $ | $ | $ |
| 000058 | FLOW INTERNATIONAL CORP. | $ | $ | $ |
| 000059 | McMaster-Carr | $ | $ | $ |
| 000060 | DANVILLE READY MIX, LLC | $ | $ | $ |
| 000061A | Caterpillar Financial Services Corporation | $ | $ | $ |
| 000061B | Caterpillar Financial Services Corporation | $ | $ | $ |
| 000062A | Caterpillar Financial Services Corporation | $ | $ | $ |
| 000062B | Caterpillar Financial Services Corporation | $ | $ | $ |
| 000063A | Caterpillar Financial Services Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000063B | Caterpillar Financial Services Corporation | $ | $ | $ |
| 000064 | WATSONTOWN TRUCKING COMPANY | $ | $ | $ |
| 000065 | PROGRESSIVE SYSTEMS INC | $ | $ | $ |
| 000066 | WILLIAMSPORT ELECTRIC INC | $ | $ | $ |
| 000067 | WINDWARD PETROLEUM | $ | $ | $ |
| 000068 | D L THURROTT INC | $ | $ | $ |
| 000069 | DOWNEAST RUBBER | $ | $ | $ |
| 000070 | CHAUVIN BROS TRACTOR INC | $ | $ | $ |
| 000071 | SELAS HEAT TECHNOLOGY CO. INC. | $ | $ | $ |
| 000072 | JAMES R. REED & ASSOCIATES | $ | $ | $ |
| 000073 | MILTON CAT | $ | $ | $ |
| 000074 | K-C LOGISTICS COMPANY | $ | $ | $ |
| 000075 | HALLOGRAM PUBLISHING | $ | $ | $ |
| 000076 | EDWIN JOHNSON & SONS | $ | $ | $ |
| 000077 | ONE SOURCE STAFFING SOLUTIONS | $ | $ | $ |
| 000078 | MARKET ASSIST COMMUNICATIONS | $ | $ | $ |
| 000079 | JEVIC TRANSPORTATION INC | $ | $ | $ |
| 000080 | ACME PACKAGING SYSTEMS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000081 | BUILDING RESOURCE INC | $ | $ | $ |
| 000082 | KTM INDUSTRIES, INC. | $ | $ | $ |
| 000083 | MELTON TRUCK LINES, INC. | $ | $ | $ |
| 000084 | DINOSAW INC | $ | $ | $ |
| 000085 | ATLANTIC PLYWOOD | $ | $ | $ |
| 000086 | AGET MANUFACTURING COMPANY | $ | $ | $ |
| 000087 | MOUNTAIN MACHINE WORKS | $ | $ | $ |
| 000088 | BUCKMAN LABORATORIES, INC | $ | $ | $ |
| 000089 | WorldWide Integrated Supply | $ | $ | $ |
| 000090 | ComEd Co. | $ | $ | $ |
| 000091 | RICHARD RAKER | $ | $ | $ |
| 000092 | R.C. STAHLNECKER CO. | $ | $ | $ |
| 000093 | SELECT SECURITY | $ | $ | $ |
| 000094 | ROYCE INTERNATIONAL | $ | $ | $ |
| 000095 | EHS CORPORATION | $ | $ | $ |
| 000096 | K M SMITH & SON | $ | $ | $ |
| 000097 | BOOKWALTER BROTHERS | $ | $ | $ |
| 000098 | RAM MOTORS & CONTROLS | $ | $ | $ |
| 000099 | S. D. MYERS | $ | $ | $ |
| 000100 | HOFFMAN MACHINE SHOP, INC. | $ | $ | $ |
| 000101 | BARD & SONS CO. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000102 | VAUGHAN MECHANICAL, INC. | $ | $ | $ |
| 000103 | Corn Products International, Inc. | $ | $ | $ |
| 000104 | American Electric Power | $ | $ | $ |
| 000105 | MONSON-SHURTLEFF COMPANIES | $ | $ | $ |
| 000106 | MORAN INDUSTRIES, INC | $ | $ | $ |
| 000107 | S&M TIMBER PRODUCTS, LLC | $ | $ | $ |
| 000108 | COLES HARDWARE | $ | $ | $ |
| 000109 | BEERMAN PRECISION, INC. | $ | $ | $ |
| 000110 | CYPRESS TRUCK LINES | $ | $ | $ |
| 000111 | PHILLIPS GARAGE, INC. | $ | $ | $ |
| 000112 | WOMACK ELECTRIC SUPPLY. | $ | $ | $ |
| 000113 | SEBAGO PACIFIC, INC | $ | $ | $ |
| 000114 | BUFFALO VALLEY SUPPLY CORP. | $ | $ | $ |
| 000115 | REYCHEM COMPANY | $ | $ | $ |
| 000116 | OLD DOMINION | $ | $ | $ |
| 000117 | COX SALES COMPANY | $ | $ | $ |
| 000118 | Microsystems Development | $ | $ | $ |
| 000119 | BARCODE DISCOUNT | $ | $ | $ |
| 000120 | ULINE | $ | $ | $ |
| 000121 | BOWLING LOGGING & CHIPPING, INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000122 | Landstar Global Logistics | $ | $ | $ |
| 000123 | UNISOURCE WORLDWIDE, INC. | $ | $ | $ |
| 000124 | Jim Coleman, Ltd. | $ | $ | $ |
| 000125 | WINTER LUMBER CO. | $ | $ | $ |
| 000126 | J C EHRLICH CO INC | $ | $ | $ |
| 000127 | Tandem Transport Corp | $ | $ | $ |
| 000128A | Northeast Rep Group | $ | $ | $ |
| 000128B | Northeast Rep Group | $ | $ | $ |
| 000129 | DENVER INTERMODAL EXPRESS | $ | $ | $ |
| 000130 | COMPETITIVE ENERGY SERVICES LLC | $ | $ | $ |
| 000131 | JOHN W. STONE OIL DISTRIBUTOR,LLC | $ | $ | $ |
| 000132 | NoFire Technologies Inc | $ | $ | $ |
| 000133 | BO'S HYDRAULIC SERVICE | $ | $ | $ |
| 000134 | INDUSTRIAL PIPING SYSTEMS INC | $ | $ | $ |
| 000135 | CAPITAL EQUIPMENT SALES INC. | $ | $ | $ |
| 000136 | MULTI-WALL PACKAGING CORP. | $ | $ | $ |
| 000137 | Valley National Gases LLC | $ | $ | $ |
| 000138 | JOBE & COMPANY, INC. | $ | $ | $ |
| 000139 | Dominion Technical Sales, Inc. | $ | $ | $ |
| 000140 | CSI SERVICES | $ | $ | $ |
| 000141 | B & W DISPOSAL, INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000142 | Sterling Commerce Inc | $ | $ | $ |
| 000143 | Central Maine Power Co | $ | $ | $ |
| 000144 | WORKFORCE TEMPS | $ | $ | $ |
| 000145 | PRIME INC | $ | $ | $ |
| 000146 | KARCHNER TRUCKING INC. | $ | $ | $ |
| 000147 | PFS CORPORATION | $ | $ | $ |
| 000148 | COASTAL TRANSPORT LOGISTICS LLC | $ | $ | $ |
| 000149 | DURHAM EAST TRANSPORTATION | $ | $ | $ |
| 000150 | TRATE'S SURPLUS | $ | $ | $ |
| 000151 | EARTH ENVIRONMENTAL | $ | $ | $ |
| 000152 | Xpedx | $ | $ | $ |
| 000153 | Western Oilfields Supply Co., Inc | $ | $ | $ |
| 000154 | LEWIS INDUSTRIAL SUPPLY CO | $ | $ | $ |
| 000155 | INDUSTRIAL WELDING SUPPLY | $ | $ | $ |
| 000156 | D. N. LUKENS, INC. | $ | $ | $ |
| 000157 | STONE PIGMAN WALTHER | $ | $ | $ |
| 000158 | BOYD BROS TRANSPORTATION INC | $ | $ | $ |
| 000159 | JLKENNEDY TRUCKING | $ | $ | $ |
| 000160 | Sperling & Slater | $ | $ | $ |
| 000161 | Pitney Bowes Inc | $ | $ | $ |
| 000162 | BRIGHT PAGES | $ | $ | $ |
| 000163 | Andritz Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000164 | Delmarva Power | $ | $ | $ |
| 000165 | JOHN'S LIFT TRUCK TIRE SERVICE | $ | $ | $ |
| 000166 | CRISTINI NORTH AMERICA INC | $ | $ | $ |
| 000167 | MUNZING, LLC. | $ | $ | $ |
| 000168 | EA ENGINEERING, SCIENCE, & | $ | $ | $ |
| 000169 | CARLEN TRANSPORT, INC. | $ | $ | $ |
| 000170 | Toyota Motor Credit Corporation/Toyota Finl Svcs./ | $ | $ | $ |
| 000171 | PROCESSFLO | $ | $ | $ |
| 000172 | THAYER CORP | $ | $ | $ |
| 000173 | ALLEN LUND COMPANY | $ | $ | $ |
| 000174 | The Glidden Company | $ | $ | $ |
| 000175 | MUNICIPAL AUTHORITY | $ | $ | $ |
| 000176 | Building Materials Manufacturing Corporation | $ | $ | $ |
| 000177 | CIT Technology Financing Services Inc | $ | $ | $ |
| 000178 | CALIFORNIA FREIGHT | $ | $ | $ |
| 000179 | WEST MOTOR FREIGHT OF PA | $ | $ | $ |
| 000180 | THOMAS J. WIESZKOWIAK SALES & | $ | $ | $ |
| 000181 | ETA ASSOCIATES | $ | $ | $ |
| 000182 | USA MOBILITY | $ | $ | $ |
| 000183 | Univar USA Inc | $ | $ | $ |
| 000184 | Electric Motor Shop | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000185 | YRC Inc | $ | $ | $ |
| 000186 | David A. Hitch | $ | $ | $ |
| 000187 | DENVER INTERMODAL EXPRESS | $ | $ | $ |
| 000188A | State of Maine | $ | $ | $ |
| 000188B | State of Maine | $ | $ | $ |
| 000189 | NES Rental | $ | $ | $ |
| 000190 | Casey Accounting & Finance Resources, Inc | $ | $ | $ |
| 000191 | MSC Industrial Supply Co | $ | $ | $ |
| 000192 | MSC Industrial Supply Co | $ | $ | $ |
| 000193A | Shell Energy North America (US), LP | $ | $ | $ |
| 000193B | Shell Energy North America (US), LP | $ | $ | $ |
| 000194 | Robert A Kaye | $ | $ | $ |
| 000195 | Covered Logistics & Transportation LLC | $ | $ | $ |
| 000196 | Delmarva Power | $ | $ | $ |
| 000197 | Waldemar S Nelson and Co Inc | $ | $ | $ |
| 000198 | Brenntag Southeast Inc | $ | $ | $ |
| 000199 | Koger Air Corporation | $ | $ | $ |
| 000200 | YRC Logistics | $ | $ | $ |
| 000201 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | $ | $ | $ |
| 000202 | Southeastern Freight Lines Inc | $ | $ | $ |
| 000203 | ISI Telemanagement Solutions INc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000204 | Verizon | $ | $ | $ |
| 000205 | Ordes Services LLC | $ | $ | $ |
| 000206 | Ordes Services LLC | $ | $ | $ |
| 000207 | Crane Environmental Inc | $ | $ | $ |
| 000209 | HOLT CORP | $ | $ | $ |
| 000210 | Roofing Supply, LLC | $ | $ | $ |
| 000211 | HOWARDS PULP & LOGGING | $ | $ | $ |
| 000212A | CITY OF DANVILLE | $ | $ | $ |
| 000212B | CITY OF DANVILLE | $ | $ | $ |
| 000213 | MERIT SOLUTIONS | $ | $ | $ |
| 000214 | Ehrlich | $ | $ | $ |
| 000215 | Kevin Troup | $ | $ | $ |
| 000216 | Archer Daniels Midland Company | $ | $ | $ |
| 000217 | NU LITE ELECTRICAL | $ | $ | $ |
| 000218 | SEMPRA ENERGY SOLUTIONS LLC | $ | $ | $ |
| 000219 | GRAPHIC CONTROLS LLC | $ | $ | $ |
| 000220 | ULINE | $ | $ | $ |
| 000221 | DAVENPORT ENERGY | $ | $ | $ |
| 000222 | QUALITY CONTROL EXT. CO. INC. | $ | $ | $ |
| 000223 | SUN-JOURNAL/SUNDAY | $ | $ | $ |
| 000224 | MORINS AUTO PARTS INC. | $ | $ | $ |
| 000225 | PETER LI EDUCATION GROUP | $ | $ | $ |
| 000226 | THE JOHNSTON DANDY CO., INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000227 | MODERN BUSINESS MACHINES CO | $ | $ | $ |
| 000228 | BIG BOYS NAPA | $ | $ | $ |
| 000229 | WINTER LUMBER CO. | $ | $ | $ |
| 000230 | ATLANTIC PLYWOOD | $ | $ | $ |
| 000231 | CAPP/USA | $ | $ | $ |
| 000232 | WRIGHT PIERCE ENGINEERS | $ | $ | $ |
| 000233 | CON-VEY KEYSTONE INC. | $ | $ | $ |
| 000234 | R.C. STAHLNECKER CO. | $ | $ | $ |
| 000235 | MELTON TRUCK LINES, INC. | $ | $ | $ |
| 000236 | NORMAN E. BUCK & SONS | $ | $ | $ |
| 000237 | PENN FIRE PROTECTION INC. | $ | $ | $ |
| 000238 | DRESSLER WELDING SUPPLY INC. | $ | $ | $ |
| 000239 | DOWNEAST ENERGY INC. | $ | $ | $ |
| 000240 | SCHAEFERROLLS INC | $ | $ | $ |
| 000241 | OVERHEAD DOOR CO | $ | $ | $ |
| 000242 | EAHEART INDUSTRIAL SERVICES | $ | $ | $ |
| 000243 | ALLEN LUND COMPANY | $ | $ | $ |
| 000244 | MAINE RADIO, INC. | $ | $ | $ |
| 000245 | ONE SOURCE STAFFING SOLUTIONS | $ | $ | $ |
| 000246 | RAM MOTORS & CONTROLS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000247 | DAVID R. STAHLNECKER | $ | $ | $ |
| 000248 | TRATE'S SURPLUS | $ | $ | $ |
| 000249 | R J ENTERPRISES | $ | $ | $ |
| 000250 | PACKARD TRANSPORT INC. | $ | $ | $ |
| 000251 | METSO PAPER USA INC. | $ | $ | $ |
| 000252 | PRI ASPHALT TECHNOLOGIES, INC. | $ | $ | $ |
| 000253 | HASE PETROLEUM WAX | $ | $ | $ |
| 000254 | TASSIN'S EQUIPMENT REPAIR | $ | $ | $ |
| 000255 | CIANBRO CORP | $ | $ | $ |
| 000256 | WALTER L STUCK | $ | $ | $ |
| 000257 | BUFFALO VALLEY SUPPLY CORP | $ | $ | $ |
| 000258 | ST. MARY'S HEALTH SYSTEM | $ | $ | $ |
| 000259 | MATHIEU SAW & TOOL INC | $ | $ | $ |
| 000260 | N H BRAGG & SON | $ | $ | $ |
| 000261 | JACKSON LEWIS LLP | $ | $ | $ |
| 000262 | HAGEMEYER NA | $ | $ | $ |
| 000263 | MACMILLAN-SOBANSKY & TODD | $ | $ | $ |
| 000264 | UNITIL NORTHERN UTILITIES | $ | $ | $ |
| 000265 | D.N. LUKENS, INC. | $ | $ | $ |
| 000266 | FLEXICON CORPORATION | $ | $ | $ |
| 000267 | ACME PACKAGING SYSTEMS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000268 | MORAN INDUSTRIES, INC. | $ | $ | $ |
| 000269 | SPRAGUE ENERGY CORP | $ | $ | $ |
| 000270 | PRESTIGE LOGISTICS | $ | $ | $ |
| 000271 | LIMAB NORTH AMERICA, INC | $ | $ | $ |
| 000272 | DL THURROTT INC. | $ | $ | $ |
| 000273 | AIRGAS NATIONAL WELDERS | $ | $ | $ |
| 000274 | NAVISITE INC. | $ | $ | $ |
| 000275 | COLORMATE | $ | $ | $ |
| 000276 | FEDEX FREIGHT INC. | $ | $ | $ |
| 000277 | COMMONWEALTH OF PENNSYLVANIA | $ | $ | $ |
| 000278 | CTI-COMMUNICATION TECHNOLOGIES, INC. | $ | $ | $ |
| 000279 | V TRANS | $ | $ | $ |
| 000280 | INDUSTRIAL WELDING SUPPLY | $ | $ | $ |
| 000281 | CARLEN TRANSPORT INC. | $ | $ | $ |
| 000282 | PINE STATE GROUP, INC. | $ | $ | $ |
| 000283 | STATE OF LOUISIANA | $ | $ | $ |
| 000284 | CLOVERDALE LUMBER COMPANY | $ | $ | $ |
| 000285 | LOUISIANA DEPARTMENT OF REVENUE | $ | $ | $ |
| 000286 | SEBAGO PACIFIC, INC | $ | $ | $ |
| 000287 | BARD & SONS CO. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000288 | JOHN'S LIFT TRUCK TIRE SERVICE | $ | $ | $ |
| 000289 | SWECO | $ | $ | $ |
| 000290 | SOLUTION DISPERSIONS | $ | $ | $ |
| 000291 | EDWIN JOHNSON & SONS | $ | $ | $ |
| 000292 | S.D. MYERS | $ | $ | $ |
| 000293 | TANDEM TRANSPORT CORP. | $ | $ | $ |
| 000294 | DURHAM EAST TRANSPORTATION | $ | $ | $ |
| 000295 | D & R LOGGING | $ | $ | $ |
| 000296 | THOMAS G. HOPPER | $ | $ | $ |
| 000297 | TROJAN TUBE SALES & FABRICATIONS | $ | $ | $ |
| 000298 | SELAS HEAT TECHNOLOGY CO INC. | $ | $ | $ |
| 000299 | MOUNTAIN MACHINE WORKS | $ | $ | $ |
| 000300 | GOODWILL INDUSTRIES OF DANVILLE | $ | $ | $ |
| 000301 | DINOSAW INC. | $ | $ | $ |
| 000302 | MOTION INDUSTRIES | $ | $ | $ |
| 000303 | GRAYMONT (PA) INC. | $ | $ | $ |
| 000304 | MARIE O'BARR | $ | $ | $ |
| 000305 | ZARTMAN CONSTRUCTION INC. | $ | $ | $ |
| 000306 | MERCER TRANSPORTATION CO. | $ | $ | $ |
| 000307 | LOUISIANA TRANSPORTATION INC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000308 | AMERICAN SPRINKLER COMPANY INC | $ | $ | $ |
| 000309 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000310 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000311 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000312 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000313 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000314 | APPLIED INDUSTRIAL TECHNOLOGIES | $ | $ | $ |
| 000315 | ANDRITZ INC. | $ | $ | $ |
| 000316 | BELTWAY STAFFORD, LTD. | $ | $ | $ |
| 000317 | PITNEY BOWES INC. | $ | $ | $ |
| 000318 | TOWN OF LISBON | $ | $ | $ |
| 000319 | CITY OF DANVILLE | $ | $ | $ |
| 000320 | UNITED STEELWORKERS | $ | $ | $ |
| 000321 | CURTIS THAXTER STEVENS BRODER | $ | $ | $ |
| 000322 | CURTIS THAXTER STEVENS BRODER | $ | $ | $ |
| 000337 | RICHARD J. NADEAU | $ | $ | $ |
| 000340 | EDWIN L RUSSELL, JR. | $ | $ | $ |
| 000341 | WALTER C. RUSSELL SR. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000342 | EDWARD P. SKULTETY | $ | $ | $ |
| 000343 | ANDREW THIDOBEAU | $ | $ | $ |
| 000344 | CHARLES THOMPSON | $ | $ | $ |
| 000345 | RICHARD W THOMPSON | $ | $ | $ |
| 000346 | EUGENE C. WALLACE | $ | $ | $ |
| 000347 | RAYMOND L. WHITE | $ | $ | $ |
| 000349 | NEW SOUTH LUMBER CO., INC. | $ | $ | $ |
| 000350 | MILLWOOD, INC. | $ | $ | $ |
| 000351 | LATHAM & WATKINS LLP | $ | $ | $ |
| 000352 | MILLWOOD, INC. | $ | $ | $ |
| 000353 | CRISTINI NORTH AMERICA, INC. | $ | $ | $ |
| 000354 | CRISTINI NORTH AMERICA, INC. | $ | $ | $ |
| 000358 | DEPARTMENT OF THE TREASURY | $ | $ | $ |
| 000359C | PENNSYLVANIA DEPT. OF REVENUE | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


        Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent, plus interest (if applicable).

        Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000356 | AUTOMATION PRODUCTS, INC. | $ | $ | $ |
| 000357 | KBF PRINT TECHNOLOGY | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ Barry A. Chatz, Trustee _____
Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.