UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:                                               )<br>KNIGHT-CELOTEX, LLC, an Illinois      )<br>limited liability company, and             )<br>                                                       )<br>KNIGHT INDUSTRIES I LLC, a Delaware )<br>limited liability company,                     )<br>           Debtor(s)                              ) | BK No.:   09-12200<br><br>Chapter: 7<br><br>Honorable Pamela S. Hollis |

**ORDER GRANTING SEVENTEENTH AND FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

　　　Upon consideration of the Seventeenth and Final Fee Application of Freeborn & Peters LLP as Counsel to the Chapter 7 Trustee (the "Application"); the Court having reviewed the Application and having heard the statements of counsel at a hearing (the "Hearing") before the Court; it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to sections 157(a) and 1334 of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois; (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); the Court finding that the amounts requested in the Application are reasonable as modified; the Court further finding that the services rendered and expenses incurred by Freeborn & Peters LLP ("F&P"), as described in the Application and as modified herein, were actual and necessary to the administration of, and actually benefited, the above-captioned debtors' (the "Debtors") bankruptcy estates; the Court further finding that due and adequate notice of the Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein;

　　NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

　　1. The Court hereby allows F&P, on a final basis, compensation in the amount of $969,308.92 and reimbursement of expenses in the amount of $18,838.76 as chapter 7 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

　　2. The Court hereby authorizes and directs the Trustee to Pay to F&P $21,449.37 in reimbursable fees incurred on behalf of the Trustee for the time period of September 1, 2012 through February 28, 2014.

　　3. The Court hereby authorizes and directs the Trustee to pay to F&P $1,131.03 in reimbursable expenses incurred on behalf of the Trustee for the time period of September 1, 2012 through February 28, 2014.

　　　　　　　　　　　　　　　　　　　　　　　Enter:

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Pamela S. Hollis
Dated:  June 19, 2014　　　　　　　　　　　　　　United States Bankruptcy Judge

**Prepared by:**

Richard S. Lauter (No. 6182859)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:   312.360.6520